IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD FINNY, | § | |
| | § | No. 373, 2019 |
| Respondent/Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Family Court |
| | § | of the State of Delaware |
| AUDREY JO TELEFORD WAYNE | § | |
| and CHRISTOPHER NOEL | § | File No. CN14-06267 |
| WAYNE, | § | Petition Nos. 18-12360 |
| | § | 18-15377 |
| Petitioners/Respondents Below, | § | |
| | § | |
| and | § | |
| | § | |
| SABRINA GEM TELEFORD NED, | § | In the interest of: |
| | § | Faith Wendy Joelle Teleford |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: April 29, 2020
Decided: May 14, 2020

Before **VALIHURA, TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 14th day of May, 2020, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 30, 2019 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice